AO 436 (Rev. 04/13)
Read Instructions.

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

FILED
2025 DEC -1 PM 2:58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| Field | Value |
|---|---|
| 1. NAME | Perla Trevizo |
| 2. PHONE NUMBER | (512) 574-4823 |
| 3. EMAIL ADDRESS | perla.trevizo@propublica.org |
| 4. MAILING ADDRESS | 817 Amiens Ln. |
| 5. CITY | El Paso |
| 6. STATE | TX |
| 7. ZIP CODE | 79907 |
| 8. CASE NUMBER | 3:25-MJ-02297 |
| 9. CASE NAME | USA v. Sanchez-Salinas |
| 10. FROM | 7/24/2025 |
| 11. TO | 7/25/2025 |
| 12. PRESIDING JUDGE | Torres |
| 13. CITY | El Paso |
| 14. STATE | Texas |

### 15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER (Specify): media

### 16. AUDIO RECORDING REQUESTED

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | 7/24/25 | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Specify) Pretrial Conference | 7/24/25 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Complete Jury Trial | 7/24/25 - 7/25/25 |
| [x] SENTENCING | 7/25/25 | | |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [ ] RECORDABLE COMPACT DISC - CD | | |
| [x] ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | 68.00 |
| ESTIMATE TOTAL | | 68.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| Perla Trevizo /s/ | 11/25/2025 |

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 68.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 68.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | 12/5 | BG | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 68.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY